No. A–709 (75–6221). ROTI v. FLORIDA. Sup. Ct. Fla. Application for bail, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–748. GAERTNER v. UNITED STATES. C. A. 7th Cir. Application for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this application.

No. A–812. HOFF ET AL. v. UNITED STATES. Application for stay of execution and enforcement of judgment of the United States Court of Appeals for the Second Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE STEVENS would grant the application. ▮

No. 75–251. FITZPATRICK ET AL. v. BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL.; and

No. 75–283. BITZER, CHAIRMAN, STATE EMPLOYEES' RETIREMENT COMMISSION, ET AL. v. MATTHEWS ET AL. C. A. 2d Cir. [Certiorari granted, 423 U. S. 1031.] Motion of Lawrence Silver, Esquire, for additional time to permit Melvin R. Shuster, Esquire, to participate in oral argument as amicus curiae, pro hac vice, denied.